AO 245D (Rev. 11/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**TRACI RYAN FOURNIER** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case Number: CR 12-4117-1-LTS<br>USM Number: 09384-091<br><br>**Alan Stoler**<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation(s)  **1a-g, 2, 3, and 4a-b**  of the term of supervision.

☐ was found in violation of _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1a-g | Failure to Comply with RRC Rules | November 12, 2015 |
| 2 | Association with a Felon Without Permission | November 6, 2015 |
| 3 | Failure to Comply with USPO Directives | November 6, 2015 |
| 4a-b | Law Violation | March 25, 2016 |

The defendant is sentenced as provided in pages 2 through **3** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant was not found in violation of _____ and is discharged as to such violation(s).

☐ The Court did not make a finding regarding violation(s) _____.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

September 8, 2016
Date of Imposition of Judgment

_Signature of Judge_

**Leonard T. Strand, U.S. District Judge**
Name and Title of Judge

9/8/16
Date

DEFENDANT:     **TRACI RYAN FOURNIER**
CASE NUMBER:   **CR 12-4117-1-LTS**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**46 months imprisonment to run concurrently with the term of imprisonment imposed in the United States District Court for the Northern District of Iowa, Case No. CR 15-4090-1-LTS, and consecutively with the undischarged portion of imprisonment imposed in the Iowa District Court for Woodbury County, Case No. FECR093514.**

■ The court makes the following recommendations to the Bureau of Prisons:

**The defendant be designated to FCI Dublin, CA, or FPC Bryan, TX, or a Bureau of Prisons facility in close proximity to her family, which is commensurate with her security and custody classification needs.**

**The defendant participate in the Bureau of Prisons' 500-Hour Comprehensive Residential Drug Abuse Program.**

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2:00 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D (Rev. 11/07) Judgment in a Criminal Case for Revocations
Sheet 3 — Supervised Release

DEFENDANT: **TRACI RYAN FOURNIER**
CASE NUMBER: **CR 12-4117-1-LTS**

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of : **No Term of Supervised Release shall be reimposed.**